UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL JOSEPH,

    Plaintiff,

vs.

A. MANDZIAK CO., INC. d/b/a SURF SIDE MOTEL a/k/a SURF SIDE RESORT,

    Defendant.

Case No.: 20-cv-60262-RKA

**CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT PRIOR FILINGS**

    As an officer of the Court, and attorney for Plaintiff, I do hereby certify that the above-styled case has never been filed with the Clerk of the United States District Court for the Southern District of Florida. Under my direction, a search has been made with the result that I can find no prior or related filing with the within Plaintiff and Defendant. However, two prior complaints for injunctive relief was filed against the Defendant for violations under Title III of the American with Disabilities Act ("ADA") at the subject property. The within matter concerns website violations of the hotel's online reservation system, while the ADA violations listed in the previous Complaint were limited to brick and mortar violations at the hotel premises.

    On April 17, 2000, Peter DiPalma filed an ADA lawsuit against the Defendant, *A. Mandziak Co., Inc.*; Case No.: 00-cv-06527-FAM (hereinafter the "DiPalma Matter"). The ADA violations listed in the DiPalma Matter Complaint were limited to inaccessible parking, inaccessible entrance and path or travel, and lack of access in "disabled rooms" citing visible and physical violations at the proeprty. The DiPalma Matter Complaint listed the alleged violations

present at the Defendants property in paragraph 15 of the Complaint (none of which were related to the within action) attached hereto as Exhibit A.

Mr. DiPalma, through counsel, filed a Stipulation of Dismissal on June 6, 2000, and an Order of Dismissal was entered that same day.

On December 16, 2014, Mark Cohen filed an ADA lawsuit against the Defendant, *A. Mandziak Co., Inc.*; Case No.: 14-cv-62855-DPG (hereinafter the "Cohen Matter"). The ADA violations listed in the Cohen Matter Complaint were limited to barriers to access to the swimming pool, office, inaccessible counter heights, and failure to provide continuous path of travel between common areas of the property. The Cohen Matter Complaint listed the alleged violations present at the Defendants property in paragraphs 17 through 21 of the Complaint (none of which were related to the within action) attached hereto as Exhibit B.

Mr. Cohen, through counsel, filed a Stipulation of Dismissal on May 1, 2015, and an Order of Dismissal was entered May 13, 2015.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Respectfully submitted February 3, 2021.

LAUREN N. WASSENBERG, ESQ.
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, FL 33431
Ph: 561.571.0646 | Fx: 561.571.0647
WassenbergL@gmail.com

By:  s/ Lauren N. Wassenberg
    Lauren N. Wassenberg, Esq.
      (Fla. Bar No. 34083)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq.
(Fla. Bar No. 34083)